**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES OF AMERICA.

                -against-

**ORDER**
06-CR-478 (ADS)

WILLIAM JACKSON,

                Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**Loretta A. Lynch, United States Attorney**
**for the Eastern District of New York**
Attorneys for the United States
610 Federal Plaza
Central Islip, NY 11722
    By: James G. McGovern, Assistant United States Attorney

**Federal Defenders of New York, Inc.**
Attorneys for the Defendant
770 Federal Plaza
Central Islip, NY 11722
    By: Tracey E. Gaffey, Assistant United States Federal Defender

**SPATT, District Judge**.

On November 30, 2011, the Defendant William Jackson filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines § 1B1.10. The Government has responded to this motion as to why the Court should not issue an amended judgment reducing the Defendant's term of imprisonment. In short, the Government claims that because the Defendant was sentenced as a career offender, he is not entitled to be resentenced in this case.

Tracey E. Gaffey, Esq. has agreed to represent the Defendant in this matter. Therefore, any response to the Government's submission shall be filed on or before March 8, 2012. Any reply by the Government shall be filed on or before March 19, 2012.

The United States Department of Probation is directed to obtain all records regarding the Defendant's behavior during his current term of incarceration and produce all such records to this

Court on or before March 19, 2012.  Further, the Probation Department is requested to submit any

amendments to the Defendant's pre-sentence report on or before March 19, 2012.

**SO ORDERED.**
Dated: Central Islip, New York
February 16, 2012

                                              ___*/s/ Arthur D. Spatt*_____
                                                ARTHUR D. SPATT
                                          United States District Judge